UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: <br>     VERA S. MATTHIS <br><br><br>     Debtor | Chapter 13 <br> Bankruptcy No.19-13568-JKF |

CERTIFICATE OF SERVICE

    I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 6th day of November, 2019, by first class mail upon those listed below:

VERA S. MATTHIS
3035 BOUDINOT STREET
PHILADELPHIA, PA  19134-2906

**Electronically via CM/ECF System Only:**

MICHAEL D SAYLES  ESQ
SAYLES AND ASSOCIATES
427 WEST CHELTENHAM AVE STE#2
ELKINS PARK, PA  19027-3201


                                                */s/ Deborah A. Earnshaw*
                                                Deborah A. Earnshaw
                                                for
                                                Scott F. Waterman, Esquire
                                                Standing Chapter 13 Trustee