*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Vera S. Matthis
　　Debtor(s)

Case No: 19–13568–jkf
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon , United States Bankruptcy Judge to consider:

\*\*\*RESCHEDULING NOTICE\*\*\*
Objection to Claim Number 4 by Claimant Pennsylvania Housing Finance Agency. Filed by Vera S. Matthis

　　on: 4/1/20

　　at: 09:30 AM

　　in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 3/3/20

Timothy B. McGrath
Clerk of Court

29
Form 167