United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 19-13568-jkf
Vera S. Matthis                                                     Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Joan              Page 1 of 2           Date Rcvd: Mar 03, 2020
                              Form ID: 167            Total Noticed: 26
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 05, 2020.
```
db              Vera S. Matthis,    3035 Boudinot Street,    Philadelphia, PA  19134-2906
14335779       +AES,   PO Box 61047,    Harrisburg, PA 17106-1047
14335780       +AES/Keystone Best,    1200 North 7th Street,    Harrisburg, PA 17102-1419
14335781       +Aes/M&T Elt - Pheaa,    1200 North 7th Street,    Harrisburg, PA 17102-1419
14369206        American First Finance,    c/o Becket and Lee LLP,    PO Box 3002,    Malvern PA 19355-0702
14335782       +American First Finance,    PO Box 565848,    Dallas, TX 75356-5848
14335786        IC System,   PO Box 64378,    Saint Paul, MN 55164-0378
14335787       +IC Systems,    PO Box 4887,    Saint Paul, MN 55101
14335788       +KML Law Group, PC,    Suite 5000-BNY Independence Center,    701 Market Street,
                 Philadelphia, PA 19106-1538
14335789       +Omega/RMS,    PO Box 801688,    Kansas City, MO 64180-1688
14335790       +PHEAA,    1200 North 7th Street,    Harrisburg, PA 17102-1444
14335791        PHEAA A/HCB,    Student Loan Servicing Center,    Harrisburg, PA 17105
14335793       +PHFA Loan Servicing Division,    211 North Front Street,    Harrisburg, PA 17101-1466
14335794       +PHFA-HEMAP,    PO Box 2461,    Harrisburg, PA 17105-2461
14373153       +Pennsylvania Housing Finance Agency,    c/o Rebecca A. Solarz, Esq.,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14353189       +Philadelphia Gas Works,    800 W Montgomery Avenue,    Philadelphia Pa 19122-2898,
                 Attn : Bankruptcy Dept 3F
14335796        US Department of Education,    PO Box 7860,    Madison, WI 53707-7860
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14335778       +E-mail/Text: bruder@abcbail.com Mar 04 2020 03:21:14       ABC Bail Bond,
                 215 West Bridge Street,    Morrisville, PA 19067-7118
14335785        E-mail/Text: creditsolutiongroup@fmfcu.org Mar 04 2020 03:20:15
                 Franklin Mint Federal Credit union,    5 Hillman Drive, Suite 100,    Chadds Ford, PA 19317
14335783        E-mail/Text: creditsolutiongroup@fmfcu.org Mar 04 2020 03:20:15
                 Franklin Mint Federal Credit Union,    1974 Sproul Road, Suite 300,    Broomall, PA 19008-3402
14335784        E-mail/Text: creditsolutiongroup@fmfcu.org Mar 04 2020 03:20:15
                 Franklin Mint Federal Credit Union,    PO Box 1907,    Media, PA 19063
14335792        E-mail/Text: blegal@phfa.org Mar 04 2020 03:20:42       PHFA,    PO Box 8029,
                 Harrisburg, PA 17105
14370499       +E-mail/Text: blegal@phfa.org Mar 04 2020 03:20:42       Pennsylvania Housing Finance Agency,
                 211 North Front Street,    Harrisburg, PA 17101-1406
14358421        E-mail/Text: appebnmailbox@sprint.com Mar 04 2020 03:20:40       Sprint Corp,
                 Attention Bankruptcy,    PO Box 7949,    Overland Park, KS 66207-0949
14335795       +E-mail/Text: clientservices@sourcerm.com Mar 04 2020 03:21:05
                 Source Receeivables Management,    4615 Dundas Drive Suite 102,    Greensboro, NC 27407-1761
14335797       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 04 2020 03:20:16
                 Verizon,    P.O. Box 8585,    Philadelphia, PA 19173-0001
                                                                                               TOTAL: 9

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2020                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 3, 2020 at the address(es) listed below:
```
              MICHAEL D. SAYLES    on behalf of Debtor Vera S. Matthis midusa1@comcast.net,
               michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
```

```
District/off: 0313-2           User: Joan                 Page 2 of 2            Date Rcvd: Mar 03, 2020
                               Form ID: 167               Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
         ECFMail@ReadingCh13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                                                                                                          TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Vera S. Matthis
    Debtor(s)                        Case No: 19−13568−jkf
                                          Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon , United States Bankruptcy Judge to consider:

\*\*\*RESCHEDULING NOTICE\*\*\*
Objection to Claim Number 4 by Claimant Pennsylvania Housing Finance Agency. Filed by Vera S. Matthis

    on: 4/1/20

    at: 09:30 AM

    in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 3/3/20

Timothy B. McGrath
Clerk of Court

29
Form 167