# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Vera S. Matthis<br>              Debtor(s)<br><br>PENNSYLVANIA HOUSING FINANCE AGENCY,<br>its successors and/or assigns<br>              Movant<br>       vs.<br>Vera S. Matthis<br>              Debtor(s)<br><br>Scott Waterman<br>              Trustee | CHAPTER 13<br><br><br>NO. 19-13568 JKF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of PENNSYLVANIA HOUSING FINANCE AGENCY, which was filed with the Court on or about **August 27, 2019, docket number 18**.

                    Respectfully submitted,

                By: **/s/ Rebecca A. Solarz, Esquire**
                    Rebecca A. Solarz, Esquire
                    KML Law Group, P.C.
                    BNY Mellon Independence Center
                    701 Market Street, Suite 5000
                    Philadelphia, PA  19106
                    215-627-1322
                    Attorney for Movant/Applicant

April 24, 2020