UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: **Vera Matthis** | ) | Chapter 13 | |
| | ) | | |
| | ) | | |
| Debtor | ) | | |
| | ) | Bankruptcy No.: **19-13568** | |

## ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

| | |
|---|---:|
| Total fee award: | $4,250.00 |
| Total Cost Award: | $00.00 |
| Amounts already paid by Debtor: | $500.00 |
| Net amount to be paid by Trustee: | **$3,750.00** |

The net amount is to be paid by the Trustee to Michael D. Sayles, Esquire from available funds in the Debtor's estate.

By the Court:

**Date: April 29, 2020**

Dated:_____          _____
                                                              Bankruptcy Judge

Copies to:

Michael D. Sayles, Esquire
427 W. Cheltenham Avenue
Elkins Park, PA  19027

William Miller, Esquire
PO Box 40119
Philadelphia, PA  19106