IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: **Vera Matthis** | : | CHAPTER:  13 |
| | : | |
| | : | |
| DEBTOR | : | Bankruptcy No.: **19-13568** |

### CERTIFICATE OF NO RESPONSE

I, Michael D. Sayles, counsel for the Debtor in the above-captioned case, hereby certify that the Chapter 13 Standing Trustee and/or any other party of interest has not filed a responsive pleading to **Debtor's Motion to Modify Plan after Confirmation**.

                                                    Respectfully Submitted,

Dated: **July 22, 2020**     \s\ **Michael D. Sayles**
                                              Michael D. Sayles
                                              Attorney for Debtor
                                              427 W. Cheltenham Avenue
                                              Elkins Park, PA  19027
                                              215/635-2270
                                              Midusa1@comcast.net