| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 19-13568-AMC**

VERA S. MATTHIS
3035 BOUDINOT STREET
PHILADELPHIA  PA    19134-2906

Petition Filed Date: 06/02/2019
341 Hearing Date: 08/02/2019
Confirmation Date: 04/29/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2020 | $100.00 | | 02/25/2020 | $200.00 | | 03/03/2020 | $200.00 | |
| 05/28/2020 | $300.00 | | 07/07/2020 | $200.00 | | 07/16/2020 | $67.00 | |
| 08/21/2020 | $267.00 | | 01/11/2021 | $267.00 | | 01/26/2021 | $267.00 | |
| 02/17/2021 | $765.00 | | 02/23/2021 | $275.00 | | 05/03/2021 | $6.00 | |
| 05/12/2021 | $100.00 | | | | | | | |

**Total Receipts for the Period:  $3,014.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $4,114.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | PHILADELPHIA GAS WORKS<br>»» 001 | Unsecured Creditors | $2,639.66 | $0.00 | $2,639.66 |
| 2 | SPRINT<br>»» 002 | Unsecured Creditors | $905.34 | $0.00 | $905.34 |
| 3 | AMERICAN FIRST FINANCE<br>»» 003 | Unsecured Creditors | $3,142.11 | $0.00 | $3,142.11 |
| 4 | PA HOUSING FINANCE AGENCY<br>»» 004 | Mortgage Arrears | $14,423.56 | $0.00 | $14,423.56 |
| 0 | MICHAEL D SAYLES  ESQ | Attorney Fees | $3,750.00 | $3,750.00 | $0.00 |
| 0 | MICHAEL D SAYLES  ESQ<br>»» PC AM PL 7/22/20 | Attorney Fees | $575.00 | $0.00 | $575.00 |

**Chapter 13 Case No. 19-13568-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $4,114.00 | Current Monthly Payment: | $267.00 |
| Paid to Claims: | $3,750.00 | Arrearages: | $990.00 |
| Paid to Trustee: | $351.18 | Total Plan Base: | $21,124.00 |
| Funds on Hand: | $12.82 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.