# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: **Vera Matthis** | : | CHAPTER 13 |
| | : | |
| | : | |
| DEBTOR | : | Bankruptcy No.: **19-13568\amc** |

## CERTIFICATE OF NO RESPONSE

I, Michael D. Sayles, counsel for the Debtor in the above-captioned case, hereby certifies that neither the Chapter 13 Standing Trustee nor any other party of interest has filed a responsive pleading to **Debtor's Motion to Modify Plan Post Confirmation**.

Respectfully Submitted,

Dated: **March 8, 2022**

\s\ **Michael D. Sayles**
Michael D. Sayles
Attorney for Debtor
427 W. Cheltenham Avenue
Elkins Park, PA  19027
215/635-2270
midusa1@comcast.net