UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE: **Vera Matthis**              :         CHAPTER:  13
                                     :
                                     :
DEBTOR                               :         BANKRUPTCY NO.: **19-13568\AMC**


# ORDER OF COURT


**AND NOW**, this _____ day of _____ 2022, **after**

**notice and hearing,** and upon consideration of Debtor's Motion to Modify Chapter 13

Plan Post Confirmation:

It is hereby **ORDERED** that the Motion is granted.


                                              By the Court:

                                              _____
**Date: March 10, 2022**                      U.S. Bankruptcy Court Judge