IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE  **Vera Matthis**           :         CHAPTER  13
                                  :
                                  :
DEBTOR                            :         BANKRUPTCY NO.: **19-13568**

## CERTIFICATE OF NO RESPONSE

I, Michael D. Sayles, hereby certify that there has been no response filed by any party listed on the Certificate of Service to Counsel's Supplemental Application for Compensation.

Date: **May 23, 2022**                Respectfully Submitted,

                                      \s\ **Michael D. Sayles**
                                      Michael D. Sayles
                                      Attorney for Debtor
                                      427 W. Cheltenham Avenue, Suite #2
                                      Elkins Park, PA  19027
                                      215.635.2270
                                      midusa1@comcast.net