United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                                Case No. 19-13568-amc

Vera S. Matthis                                                                                              Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                  User: admin                                                    Page 1 of 3

Date Rcvd: Jul 21, 2022                          Form ID: pdf900                                     Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2022:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | | Vera S. Matthis, 3035 Boudinot Street, Philadelphia, PA 19134-2906 |
| 14335781 | + | Aes/M&T Elt - Pheaa, 1200 North 7th Street, Harrisburg, PA 17102-1419 |
| 14335787 | + | IC Systems, PO Box 4887, Saint Paul, MN 55101 |
| 14335788 | + | KML Law Group, PC, Suite 5000-BNY Independence Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14335791 | | PHEAA A/HCB, Student Loan Servicing Center, Harrisburg, PA 17105 |
| 14335793 | + | PHFA Loan Servicing Division, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14373153 | + | Pennsylvania Housing Finance Agency, c/o Rebecca A. Solarz, Esq., KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14353189 | + | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn : Bankruptcy Dept 3F |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: megan.harper@phila.gov | Jul 22 2022 00:06:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 22 2022 00:06:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14335778 | + | Email/Text: bruder@abcbail.com | Jul 22 2022 00:06:00 | ABC Bail Bond, 215 West Bridge Street, Morrisville, PA 19067-7118 |
| 14335779 | + | Email/Text: bncnotifications@pheaa.org | Jul 22 2022 00:06:00 | AES, PO Box 61047, Harrisburg, PA 17106-1047 |
| 14335780 | + | Email/Text: bncnotifications@pheaa.org | Jul 22 2022 00:06:00 | AES/Keystone Best, 1200 North 7th Street, Harrisburg, PA 17102-1419 |
| 14369206 | | Email/PDF: bncnotices@becket-lee.com | Jul 22 2022 00:11:51 | American First Finance, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 14335782 | + | Email/PDF: bncnotices@becket-lee.com | Jul 22 2022 00:11:52 | American First Finance, PO Box 565848, Dallas, TX 75356-5848 |
| 14335783 | | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org | Jul 22 2022 00:06:00 | Franklin Mint Federal Credit Union, 1974 Sproul Road, Suite 300, Broomall, PA 19008-3402 |
| 14335784 | | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org | Jul 22 2022 00:06:00 | Franklin Mint Federal Credit Union, PO Box 1907, Media, PA 19063 |
| 14335785 | | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org | Jul 22 2022 00:06:00 | Franklin Mint Federal Credit union, 5 Hillman Drive, Suite 100, Chadds Ford, PA 19317 |
| 14335786 | | Email/Text: Bankruptcy@ICSystem.com | Jul 22 2022 00:06:00 | IC System, PO Box 64378, Saint Paul, MN 55164-0378 |
| 14335789 | + | Email/Text: consumerhelpdesk@omega-rms.com | Jul 22 2022 00:06:00 | Omega/RMS, PO Box 801688, Kansas City, MO 64180-1688 |
| 14335792 | | Email/Text: blegal@phfa.org | Jul 22 2022 00:06:00 | PHFA, PO Box 8029, Harrisburg, PA 17105 |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: Jul 21, 2022 | Form ID: pdf900 | Total Noticed: 28

| 14335790 | + Email/Text: bncnotifications@pheaa.org | | |
| | | Jul 22 2022 00:06:00 | PHEAA, 1200 North 7th Street, Harrisburg, PA 17102-1444 |
| 14335794 | + Email/Text: bncnotifications@pheaa.org | | |
| | | Jul 22 2022 00:06:00 | PHFA-HEMAP, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14370499 | + Email/Text: blegal@phfa.org | | |
| | | Jul 22 2022 00:06:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14358421 | Email/PDF: ais.sprint.ebn@aisinfo.com | | |
| | | Jul 22 2022 00:11:51 | Sprint Corp, Attention Bankruptcy, PO Box 7949, Overland Park, KS 66207-0949 |
| 14335795 | + Email/Text: clientservices@sourcerm.com | | |
| | | Jul 22 2022 00:06:00 | Source Receceivables Management, 4615 Dundas Drive Suite 102, Greensboro, NC 27407-1761 |
| 14335796 | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | | |
| | | Jul 22 2022 00:06:00 | US Department of Education, PO Box 7860, Madison, WI 53707-7860 |
| 14335797 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | Jul 22 2022 00:06:00 | Verizon, P.O. Box 8585, Philadelphia, PA 19173-0001 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2022          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| LEON P. HALLER | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com |
| MICHAEL D. SAYLES | on behalf of Debtor Vera S. Matthis midusa1@comcast.net  michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| Scott F Waterman | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2                    User: admin                    Page 3 of 3
Date Rcvd: Jul 21, 2022                  Form ID: pdf900                 Total Noticed: 28
TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                              Chapter 13
        VERA S. MATTHIS
                                                    Bankruptcy No. 19-13568-AMC

                        Debtor

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from  payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: July 21, 2022**

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE