| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 19-13568-AMC

VERA S. MATTHIS
3035 BOUDINOT STREET
PHILADELPHIA  PA    19134-2906

Petition Filed Date: 06/02/2019
341 Hearing Date: 08/02/2019
Confirmation Date: 04/29/2020

Case Status: Dismissed After Confirmation on 7/21/2022

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/03/2021 | $6.00 | | 05/12/2021 | $100.00 | | 07/21/2021 | $200.00 | |
| 08/25/2021 | $6.00 | | 09/01/2021 | $200.00 | | 09/16/2021 | $500.00 | |
| 11/22/2021 | $6.00 | | 11/29/2021 | $1,500.00 | | 12/20/2021 | $134.00 | |
| 04/25/2022 | $6.00 | | 04/25/2022 | $600.00 | | | | |

**Total Receipts for the Period: $3,258.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $7,266.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | PHILADELPHIA GAS WORKS<br>»»  001 | Unsecured Creditors | $2,639.66 | $0.00 | $2,639.66 |
| 2 | SPRINT<br>»»  002 | Unsecured Creditors | $905.34 | $0.00 | $905.34 |
| 3 | AMERICAN FIRST FINANCE<br>»»  003 | Unsecured Creditors | $3,142.11 | $0.00 | $3,142.11 |
| 4 | PA HOUSING FINANCE AGENCY<br>»»  004 | Mortgage Arrears | $14,423.56 | $1,762.02 | $12,661.54 |
| 0 | MICHAEL D SAYLES  ESQ | Attorney Fees | $3,750.00 | $3,750.00 | $0.00 |
| 0 | MICHAEL D SAYLES  ESQ<br>»»  PC AM PL 7/22/20 | Attorney Fees | $575.00 | $575.00 | $0.00 |
| 5 | PA HOUSING FINANCE AGENCY<br>»»  04P | Secured Creditors | $2,793.78 | $0.00 | $2,793.78 |
| 0 | MICHAEL D SAYLES  ESQ | Attorney Fees | $1,000.00 | $557.52 | $442.48 |

**Chapter 13 Case No. 19-13568-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,266.00 | Current Monthly Payment: | $354.00 |
| Paid to Claims: | $6,644.54 | Arrearages: | $0.00 |
| Paid to Trustee: | $621.46 | Total Plan Base: | $25,362.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.